Eastern District of Kentucky
F I L E D
JAN 27 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 7:22-CR-001-REW

JUSTIN BRYANT,
JOHN HOLBROOKS and
JAYSHAWN ROBINSON,
   aka DRO SKINO

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
## 21 U.S.C. § 846

On or about October 12, 2021, and continuing through on or about October 13, 2021, in Pike County, in the Eastern District of Kentucky, and elsewhere,

JUSTIN BRYANT,
JOHN HOLBROOKS and
JAYSHAWN ROBINSON,
   aka DRO SKINO,

did conspire together and with others to knowingly and intentionally distribute controlled substances, that is, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, a detectable amount of fentanyl, a Schedule II controlled substance, and a detectable amount of para-fluorofentanyl, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about October 13, 2021, in Pike County, in the Eastern District of Kentucky,

**JUSTIN BRYANT**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a detectable amount of para-fluorofentanyl, a Schedule I controlled substance, the use of which resulted in the death of another person, identified here as "J.C.," all in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If prior felony drug conviction:** Not more than 30 years imprisonment, not more than a $1,000,000 fine, and at least 6 years supervised release.

**COUNT 2:** Not less than 20 years and not more than life imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.