UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CRIMINAL ACTION NO. 7:22-CR-01-REW

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                            **DEFENDANT JUSTIN BRYANT'S**
                              ***PROPOSED JURY INSTRUCTIONS***

JUSTIN BRYANT                                                                            DEFENDANT

**************

The Defendant submits the following proposed instructions. The Defendant reserves the right to supplement this list as may be necessary, based upon evidence presented at trial. Citations are to Sixth Circuit Pattern Instructions.

| Section | Title |
|---------|-------|
| 1.01 | Introduction |
| 1.02 | Jurors' Duties |
| 1.03 | Presumption of Innocence, Burden of Proof, Reasonable Doubt |
| 1.04 | Evidence Defined |
| 1.05 | Consideration of Evidence |
| 1.06 | Direct and Circumstantial Evidence |
| 1.07 | Credibility of Witnesses |
| 1.08 | Number of Witnesses |
| 1.09 | Lawyer's Objections |
| 2.01 | Introduction |

| 2.01A | Separate Consideration – Single Defendant Charged with Multiple Crimes |
| --- | --- |
| 2.04 | On or About |
| 2.08 | Inferring Required Mental State |
| 2.12 | Use of the Word "And" in the Indictment |
| 6.01 | Defense Theory |
| 7.01 | Introduction |
| 7.02A/7.02B | Defendant's Election Not to Testify/Defendant's Testimony (whichever applicable) |
| 7.03 | Opinion Testimony |
| 7.03A | Witness Testifying to Both Facts and Opinions |
| 7.08 | Testimony of an Accomplice |
| 7.13 | Other Acts of Defendant |
| 7.20 | Statement by Defendant |
| 7.21 | Stipulations |
| 8.01 | Introduction |
| 8.02 | Experiments, Research, Investigation and Outside Communications |
| 8.03 | Unanimous Verdict |
| 8.04 | Duty to Deliberate |
| 8.06 | Verdict Forms |
| 8.09 | Court Has No Opinion |
| 8.10 | Juror Notes |
| 14.02B | Distribution of a Controlled Substance when Death or Serious Bodily Injury Results[1] |
| 14.05 | Conspiracy to Violate the Drug Laws |

---

[1] The Defendant reserves the right to challenge or object to specific portions of the 14.02B pattern instruction, particularly pattern paragraph (1)(D), depending upon the evidence presented at trial.

The Defendant reserves the right to object to any instructions requested by the United States, insofar as they are not included on this list, or ultimately not supported by the evidence presented at trial. Based upon the proposed instructions proffered by the United States, the Defendant would currently anticipate objecting to the inclusion of the following:

| Section | Title |
|---------|-------|
| 2.09 | Deliberate Ignorance |

This the 26th day of September, 2022.

/s/ Noah R. Friend
Noah R. Friend Law Firm, PLLC
P.O. Box 341
Versailles, KY 40383
606-369-7030 [Phone]
502-716-6158 [Fax]
noah@friendlawfirm.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September 2022, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all counsel of record herein.

/s/ Noah R. Friend
Noah R. Friend