UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**

OCT 07 2022

At Pikeville
Robert R. Carr
CLERK U.S. DISTRICT COURT

**CRIMINAL NO. 7:22-CR-001-REW**

**UNITED STATES OF AMERICA**                    **PLAINTIFF**

v.                  **AGREED STIPULATION**

**JUSTIN BRYANT**                    **DEFENDANT**

\* \* \* \* \*

The parties stipulate and agree to the following facts:

1. That Pike County is located in the Eastern Judicial District of Kentucky.

2. That Government Exhibit 1 contains two items (Item 1.1 and Item 1.2) that have been tested by the KSP Laboratory. Item 1.1 is a brown substance weighing approximately 2.330 grams. Item 1.2 is a brown crystalline substance weighing approximately 0.444 grams. Based on tests conducted by the KSP Laboratory, both items were found to contain heroin, a Schedule I narcotic; fentanyl a Schedule II narcotic; and fluorofentanyl (isomer not determined).

3. That Government Exhibit 9 contains two items (Item 1 and Item 2) that have been tested by the KSP Laboratory. Item 1 is an off white powder/solid weighing approximately 0.855 grams, and the KSP Laboratory found it to contain heroin, a Schedule I narcotic; fentanyl a Schedule II narcotic; and methamphetamine, a controlled substance. Item 2 is a crystalline substance weighing approximately 0.404 grams, and the KSP Laboratory found it to contain methamphetamine, a controlled substance.

This Stipulation is agreed to only so as to expedite the trial and prevent any inconvenience to the witnesses.

It is further stipulated and agreed that this Stipulation may be read to the jury in its entirety and introduced into evidence as an exhibit, and that the facts herein stipulated are to have the same status, dignity, and effect as the uncontradicted testimony of credible

witnesses, and may be considered by the jury in the same manner as if they had been so testified to; and

It is further stipulated and agreed that the representatives of the parties herein may incorporate the facts contained in this stipulation into any opening or closing statements, charts or summaries, and none of the parties shall be barred from introducing other evidence tending to explain the facts stipulated herein or the intent or knowledge of the parties in relation thereto; and further, any party may introduce other evidence which is not inconsistent with the facts stipulated.

In agreement with the above stipulation, the parties to this action have affixed their signatures hereto:

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

Date: 9/28/2022    By: _____
Andrew H. Trimble
Assistant United States Attorney

Date: 9/28/2022    _____
Justin Bryant
Defendant

Date: 9/28/2022    _____
Noah Robert Friend
Attorney for Justin Bryant