UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**
OCT 07 2022
AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 7:22-CR-1-REW-EBA-1 |
| v. | ) | |
| | ) | VERDICT FORM |
| JUSTIN BRYANT, | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

**Question 1.** As to **Count 1**, we, the jury, unanimously find the defendant, **Justin Bryant**:

NOT GUILTY  _____     GUILTY  ✓

**Question 2.** As to **Count 2**, we, the jury, unanimously find the defendant, **Justin Bryant**:

NOT GUILTY  _____     GUILTY  ✓

*Once you have fully answered, sign and date this Verdict form, and alert the CSO that you have a verdict.*

[signature redacted] #40
Foreperson (Signature and Juror Number)

10/7/22
Date