**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHEASTERN DIVISION
PIKEVILLE**

**UNITED STATES OF AMERICA**                                                             **PLAINTIFF**

**vs.**                                                        **Criminal No. 7:22-CR-001-REW**

**JOHN HOLBROOKS, ET AL**                                                                **DEFENDANT**

**SENTENCING MEMORANDUM**

Defendant, JOHN HOLBROOKS, submits this Sentencing Memorandum evaluating each one of the various factors under 18 U.S.C. § 3553(a) for the Court's consideration at the Sentencing hearing scheduled for November 21, 2022 at 1.30 p.m., in Pikeville, Kentucky.

The court in determining the particular sentence to be imposed and the need for a variance, shall consider the factors found at 18 U.S.C. § 3553(a). These factors include; the nature and circumstance of the offense and the history and characteristics of the defendant, the need to reflect the seriousness of the offense, to promote respect for the law and provide just punishment for the offense, to afford adequate deterrence to criminal conduct, to protect the public from further crimes of the defendant, and to provide the defendant with needed vocational or educational training, medical care, or other correctional treatment in the most effective manner.

The defendant respectfully request the court to sentence him to a term of minimum term of incarceration that is commiserate with his crime.

## **BACKGROUND – NATURE & CIRCUMSTANCES OF THE OFFENSE**

On or about early part of 2022, the Grand Jury for the United States District Court for the Eastern Kentucky returned a multi count indictment against Jayshawn Robinson, JOHN HOLBROOKS and Justin Bryant, charging the Defendant Holbrooks with Conspiracy to Distribute a detectable amount of para-fluorofentanyl.

The Defendant subsequently pled guilty to count one of the indictment that he was charged with.

The essential facts of the case are as follows. The defendant and his con-defendant, Justin Bryant were in a vehicle together after they had agreed to pool their money and purchase heroin together. This vehicle was stopped and the defendants were arrested. Search incident to the arrest, the officers located on Mr. Bryant a certain quantity of Heroin. Both Mr. Holbrooks and Mr. Bryant were booked and lodged at the Pike County Detention Center. Unbeknownst to Mr. Holbrooks, Mr. Bryant had smuggled into the detention center, a quantity of Heroin. While at PCDC, Mr. Bryant provided this heroin to another individual, who consumed this heroin and overdosed while at PCDC. The defendant was unaware of Mr. Bryant smuggling this heroin into PCDC. He found out about Mr. Bryant smuggling this heroin into PCDC once Mr. Bryant provided some of the heroin to Mr. Holbrooks.

The defendant has taken full responsibility for his actions and is seeking a just and proper punishment that reflects the seriousness of his offense, yet showing that he deserves a second chance with this court. The defendant is facing a guideline

sentencing range of thirty seven (37) to forty six (46) months. The defendant has been continuously held in custody since the date of his arrest.

## **HISTORY AND CHARACTERISTICS OF THE DEFENDANT**

JOHN HOLBROOKS, was born to the marital relationship of Walter Holbrooks and Opal Holbrooks on February 7, 1969 in Pike County, Kentucky. The defendants parents are now deceased.

The defendant is a wonderful father to two adult children. These children are his pride and joy. He had regular contact with both of his children.

## **THE DEFENDANT MADE A HUGE MISTAKE IN HER LIFE**

Mr. Holbrooks made a huge mistake. He was a simple human being. He was a father. He became a drug addict. He sold drugs to feed his addiction. Mr. Holbrooks priority in life was feeding his addiction.

But he has made amends in the past year. More than anything else, Mr. Holbrooks hurt himself and his family. He lost his freedom and the most important things to him. His children.

Mr. Holbrooks, would be the classic person that needs to be punished, deterred, and rehabilitated, not convicted, warehoused and forgotten. The need for the sentence to promote respect for the law and to provide just punishment can be attained by the Court by granting a downward variance and sentencing Mr. Holbrooks, to a minimum term of incarceration.

## **THE DEFENDANTS CRIMINAL HISTORY IS REPLETE WITH DRUGS**

The Pre-Sentence Report places Mr. Holbrooks at a Criminal History category of IV. He has nine (9) criminal history points. The defendants past criminal interactions are all drug related. Going back to some of the factors outlined by Former Attorney General Holder in his statements, Mr. Holbrooks, has no ties to any gangs and has never indicated that he is a violent criminal. Mr. Holbrooks, is an addict first and foremost, who sold drugs to feed his and his paramours drug habit. This is rather clear from the PSR.

Even people like Mr. Holbrooks, need help when they fall to the ground. Instead of putting him in prison and warehousing him, Mr. Holbrooks, is someone who can be helped and is currently living a drug free life. This arrest has already changed his life. He will be punished either way to a sentence that is the longest that he's ever served.

The Defendant is not a violent person and he has never shown any violent tendencies during his adult life. He does not pose a threat to the public at all. If the United States Department of Justice intends to make changes to fix our burgeoning prison problem, we need a place to start and someone to start this with, and Mr. Holbrooks, is probably the best candidate to do so.

The Defendant would respectfully ask the court that he make a recommendation to the Bureau of Prisons that he be housed as close to Pikeville, Kentucky.  The defendant would also request the court to recommend that he complete the five hundred hour RDAP program.

WHEREFORE, we would respectfully submit that the court grant the Defendant a sentence of credit for time served, with a minimum time of term of incarceration,

followed by a term of three years supervised release or probation, which is no more than necessary to promote respect for the law, yet at the same time be a deterrent for future criminal behavior.

Respectfully submitted this 15th day of November, 2022.

JOHN HOLBROOKS.
By Counsel

Very truly yours,

JOY LAW OFFICE
2701 Louisa Street
P.O. Box 411
Catlettsburg, KY 41129
Telephone: (606) 739-4569
Facsimile: (606) 739-0338
Cell: (859) 488-1214

　s/ Sebastian M. Joy　　　　　
Sebastian M. Joy, Esq.
Counsel for Defendant JOHN HOLBROOKS.
Kentucky Bar # 92583
West Virginia Bar # 10945
E-mail: sjoy@joylawoffice.com
Admitted in Kentucky & West Virginia

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHEASTERN DIVISION
PIKEVILLE**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**vs.**                                                    Criminal No. 7:22-CR-001-REW

**JOHN HOLBROOKS, ET AL**                                                **DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **SENTENCING MEMORANDUM** has been electronically filed with the Clerk of Court this date using the CM/ECF system and served upon opposing counsel as follows:

**VIA CM/ECF:**        Office of United States Attorney
                       London, KY

**DATE:**              November 15, 2022

                                          Very truly yours,

                                          JOY LAW OFFICE
                                          2701 Louisa Street
                                          P.O. Box 411
                                          Catlettsburg, KY 41129
                                          Telephone: (606) 739-4569
                                          Facsimile: (606) 739-0338


                                            s/ Sebastian M. Joy
                                          Hon. Sebastian M. Joy
                                          Counsel for Defendant
                                          Kentucky Bar # 92583
                                          West Virginia Bar # 10945
                                          E-mail: sjoy@joylawoffice.com
                                          Admitted in Kentucky & West Virginia